Gabriel Pres
(Name)
770 W. C Street
(Address)
San Diego CA 92101
(City, State, Zip)
6477OZ98
(CDCR / Booking / BOP No.)

FILED
Mar 04 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ shellyy   DEPUTY

# United States District Court
## Southern District of California

Gabriel Preslonsdale,
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

Chaplain lemus,
T. Hartley,
_____,
_____,
(Enter full name of each defendant in this action.)

Defendant(s).

Civil Case No. **'22 CV0309 TWR JLB**
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Gabriel Pres lonsdale, (print Plaintiff's name) who presently resides at 770 West C Street San diego, CA 92101 (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at Geo Western Region Detention Facility on (dates) 2-17-22, 2-24-22, and _____.
(institution/place where violation occurred) (Count 1) (Count 2) (Count 3)

2. **Defendants**: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>Chaplain lemus</u> resides in <u>San Diego, CA</u>,
(name) (County of residence)
and is employed as a <u>Chaplain</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: <u>Chaplain lemus is the chaplain at Geo Western Region Detention Facility</u>

Defendant <u>T. Hartley</u> resides in <u>San Diego CA</u>,
(name) (County of residence)
and is employed as a <u>Case manager</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: <u>T. Hartly is the case manager at Geo Western Region Detention Facility</u>

Defendant _____ resides in _____,
(name) (County of residence)
and is employed as a _____. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _____

Defendant _____ resides in _____,
(name) (County of residence)
and is employed as a _____. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _____

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Freedom of Religion and a Freedom from Cruel and unusual Punishment
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On 2·17·22 I put in a detainee Request form to Chaplain lemus stateing the following. "I would like haitian voodoo prayers so I can find salvation thru my Religion as I am documented thru the b.o.p Thank You for allowing me to practice my First amendment Right." Chaplain lemus Responed on 2·24·22 stateing "Voodoo practices are all about Rituals that we do not allow in this facility for security and safety Reasons, there fore Your Request is Denied." when chaplan lemus did her Rounds on 2·26·22 I asked her chaplain lemus why she denied my Religion Request there is nothing in my Request that is threatening to the safety and security to the facility. Chaplain lemus stated "becuase Your Religion is not a Religion.

§ 1983 SD Form
(Rev. 8/15)

3

Count 2: The following civil right has been violated (violated) Freedom of Religion and Freedom From Cruel and unusual Punishment.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

On 2.24.22 at 5pm I turn in a detainee grievance I stated "I requested voodoo prayers on 2.17.22 so I can seek salvation thru my religion wich is voodoo. Chaplain lemus has imposed a substantial burden on my religious exercise. A clear violation of the First amendment and (RLUIPA) see Cutter V. Wilkinson 544 U.S. 709 (2005). Plz allow me to practice my religion with out discremination, theres no need for this hate crim to continue."

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____

_____.

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____.

(d) Issues raised: _____

_____

_____

_____

_____.

(e) Approximate date case was filed: _____.

(f) Approximate date of disposition: _____.

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

_____

_____

_____

_____

_____

_____

_____.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

    1. An injunction preventing defendant(s):

from denying me of
- Religious document(s) for and of Prayer(s)
- Religious Physical Items for Pray(s) Ritual(s)
- All Rights to my Religious Freedom(s) without Prejudice(s).

    2. Damages in the sum of $ 800,000,000.00

    3. Punitive damages in the sum of $ 800,000,000.00.

    4. Other: all damages under constitutional gold standards for currency.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☐ Court. (Choose one.)

2.27.22
Date

_Signature of Plaintiff_

Gabriel Hes-lonsdale #64716298
Western Region Detention Facility
220 West C Street
San Diego, CA 92101

SAN DIEGO CA 920
2 MAR 2022 PM 5 L

RECEIVED
MAR 04 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

Office of the Clerk
333 West Broadway, Suite 420
San Diego CA 92101



Legal mail